IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BART LEE ALSOP, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>BRINEY ET AL.,<br><br>Defendants. | Cause No. CV 22-64-M-DWM<br><br><br>ORDER |

Plaintiff Bart Lee Alsop Jr. filed a Complaint regarding conditions of confinement at Lake County Jail, Polson, Montana. (Doc. 2.) On March 30, 2022, this Court directed him to file his jail account statement by April 13, 2022. (Doc. 4.) The Court's mail to him was returned undeliverable, and thus, he has not filed his account statement.

It is therefore HEREBY ORDERED that this matter is DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 41(b). The Clerk of Court is directed to close the case.

DATED this 21st day of April, 2022.

_____
Donald W. Molloy
United States District Court Judge